Yolanda Amunatigui

Wilson Baquero

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Robert W Cottle

Matthew Holland

Mark Losee

Thomas E. McGrath

Insurance Company in case

No. A-18-76789-C/Dept. No XXIV

Board of ethics of Nevada

**COMPLAINT**

Jury Trial: [✓] Yes  [ ] No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| Name | Wilson, Baquero /propria persona | |
| Street Address | P.c. box 1594 | |
| County, City | Rahway New Jersey UNION | |
| State & Zip Code | New Jersey 07065 | |
| Telephone Number | N/A | |

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government
agency, an organization, a corporation, or an individual. Include the address where each defendant can be
served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.
Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Robert Cottle_
Street Address _8635 S. Eastern Avenue_
County, City _Clerk County / Las Vegas_
State & Zip Code _Nevada / 89123_

Defendant No. 2

Name _Mark Losee_
Street Address _8635 S. Eastern Avenue_
County, City _Clerk County / Las Vegas_
State & Zip Code _Nevada / 89123_

Defendant No. 3

Name _Thomas E. McGrath_
Street Address _120 S. Green Valley Suite 300_
County, City _Clerk County / Henderson_
State & Zip Code _Nevada / 89012_

Defendant No. 4

Name _Matthew Holland_
Street Address _8635 S. Eastern Avenue_
County, City _Clerk / Las Vegas_
State & Zip Code _Nevada / 89123_

Defendant 5.  Board of ethics / State Board of Nevada
3100 W. Charleston Blvd. No. 100
Las Vegas, Nevada 89102  Philip J. Pattee

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1)
Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties
is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §  1332, a case in which a citizen of one
state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case;
3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

600 E. Charleston Blvd.
Las Vegas, Nevada 89104

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

Laura Peters / witness
Grievance File #
OBC20-0325  Matthew Holland

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _Treaty of Guadalupe Hidalgo,_
_Treaty of Friendship between the United_
_State and Spain. 31 USC 3132  Psalm 91:1-16_
_18 USC 2381   Isaiah 22:22_
_28 USC 1746_

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _California / Mexico_

Defendant(s) state(s) of citizenship _ask them_

### III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Las Vegas_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _12·18·21_

C.    Facts: _Insurance company for case No. A·18·76789-C Dept. No. XXIV agreed that they were at fault and agreed to pay the Plaintiff Amunategui. Robert Cottle filed a false complaint and committed perjury making false claims in order to hide the fact that Robert Cottle and Thomas E. McGrath stole from the Plaintiff Amunategui. Rico / security fraud Robert Cottle + Mathew Holland conspired to deprive their ex client Plaintiff Amunategui of Due process. Both Robert Cottle + Thomas E. McGrath both paid kick back to a jury + Judge to get the decision the wanted._

_Thomas E. McGrath + the Board of ethics Cam Ferenback anti bribery statement is Demanded Need an anti bribery Statement + Oath of office supporting the US. Constitution is Demanded._

_Plaintiff Amunategui, Laura Peters / witness_

— margin sidebar labels: What happened to you? · Who did what? · Was anyone else involved? · Who else saw what happened? —

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Theft, unjust enrichment, Rico Act, violation of the sixth Amendment, and the Fourteenth Amendment No. Constitution violating Plaintiff Amunatigui's a woman's status in order to steal as much as they could from Plaintiff Amunatigui such acts are treasonous therefore Robert Cottler and his associates are in dishonor. Trespass / theft by deception conspiracy to deprive Plaintiff Amunatigui's Right to Due process. 18 USC 2381 Aiding and abetting Accessory. Freedom of Information Act 18 USC 1746.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Pay the Plaintiff Amunatigui seven hundred seventy seven million $777,000,000.00 by the Defendants in question Insurance company agreed their at fault in case No. A-18-767890-C / Dept. 24 Robert Cottles instead paid themselves + juries + judges with kick backs violating 18 USC 241, 242. Robert Cottle and Thomas McGrath, Matthew Holland, and Mark Losee conspired to deprive Plaintiff Amunatigui's Right to Due process violating the sixth Amendment to the US Constitution. committing treason against the American people. Repay no one evil for evil only do what is honorable and righteous.

-4-

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _22_ day of _June_ , 20 _22_.

*isaiah 22:22*

Signature of Plaintiff _____

Mailing Address ___ P.O Box 594

Rahway, New Jersey

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

RECEIVED

JUN 2 7 2022

AT 8:30_____M
WILLIAM T. WALSH, CLERK

- 5 -